## (February 25, 1959)

### (Republished)

■ In the Matter of MAURICE S. BIEN (Admitted as MORRIS BIEN), an Attorney.— Respondent suspended for a period of six months. Cross motion to have proceeding determined on the record before the Grievance Committee of the Association of the Bar of the City of New York granted. Concur — Botein, P. J., Valente, McNally, Stevens and Bergan, JJ.

■

## (February 26, 1959)

■ In the Matter of JEANNETTE SEIDENBAUM, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.